## THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **LEUPOLD & STEVENS, INC.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 4:24-cv-2025 |
| vs. | § | |
| | § | |
| **PRIMARY ARMS, L.L.C.,** | § | |
| | § | |
| Defendant. | § | |
| | § | |
| | § | |

### JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Leupold & Stevens, Inc. ("Leupold") and Defendant Primary Arms, L.L.C. ("Primary Arms"), by and through their respective undersigned counsel, jointly stipulate to dismiss all claims and counterclaims in this matter with prejudice. Each party shall bear its own costs, attorneys' fees, and all other expenses incurred in connection with this action.

IT IS SO STIPULATED.

Dated this 19th day of March, 2026.

Respectfully submitted,

By:  _s/ Nika Aldrich_
    Nika Aldrich, Admitted pro hac vice
    Email: naldrich@schwabe.com
    SCHWABE, WILLIAMSON & WYATT,
    P.C.
    1420 5th Avenue, Suite 3400
    Seattle, WA 98101
    Telephone:  206-622-1711

By: _s/ Sarah J. Ring_
    Sarah J. Ring
    Texas Bar No. 24056213
    Ray T. Torgerson
    Texas Bar No. 24003067
    Derek V. Forinash
    Texas Bar No. 24038905
    Elliott J. Deese

Facsimile:  206-292-0460

**Attorney-in-Charge for Plaintiff Leupold & Stevens, Inc.**

OF COUNSEL:

Scott D. Eads, Admitted *pro hac vice*
Email: seads@schwabe.com
Jason A. Wrubleski, Admitted *pro hac vice*
Email: jwrubleski@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1800
Portland, OR 97204
Telephone: 503-222-9981
Facsimile: 503-796-2900

Miranda Y. Jones
Texas Bar Number 24065519
Mjones@winstead.com
WINSTEAD PC
2728 N. Harwood St., Suite 500
Dallas, TX  75201
Telephone:  214-745-5755
Facsimile:   214-745-5390

Rusty Sewell
Texas Bar No. 24073590
Southern District ID No. 2469184
Email: rsewell@winstead.com
WINSTEAD PC
24 Waterway Avenue, Suite 500
The Woodlands, Texas 77380
Telephone: (281) 681-5981
Facsimile: (281) 681-5901

*Attorneys for Leupold & Stevens, Inc.*

Texas Bar. No. 24121423
PORTER HEDGES LLP
Texas Bar No. 24121423
1000 Main Street, 36th Floor
Houston, Texas 77002
T: (713) 226-6654
F: (713) 226-6254
sring@porterhedges.com
rtorgerson@porterhedges.com
dforinash@porterhedges.com
edeese@porterhedges.com

*Attorneys for Defendant/Counterplaintiff Primary Arms, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of March, 2026, I caused to be served the following

**JOINT STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO**

**FED. R. CIV. P. 41(a)(1)(A)(ii)** on the following party via electronic service via the Court's

CM/ECF System:

Sarah J. Ring
Ray Torgerson
Derek V. Forinash
Elliott J. Deese
PORTER HEDGES LLP
1000 Main Street, 36th Floor
Houston, TX 77002
Email: sring@porterhedges.com
rtorgerson@porterhedges.com
dforinash@porterhedges.com
edeese@porterhedges.com

*Attorneys for Defendant*
*Primary Arms, L.L.C.*

by delivering to them a true and correct copy thereof, certified by me as such.

*s/ Nika Aldrich*
Nika Aldrich

1